UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONITA SIMONE-BOMAR DIOUM,

    Plaintiff,

v.                                                Case No. 14-10077

MASOUD HANNA SESI, et. al,

    Defendants.
_____/

## ORDER SUSPENDING FORMAL DISCOVERY AND
## SETTING STATUS CONFERENCE

During an off-the-record telephonic conference held on March 6, 2014, the parties expressed their willingness to engage in facilitative mediation and informal discovery.  In order to give the parties an opportunity to explore settlement with a mutually agreeable facilitator, Mr. Stark, the court hereby suspends all formal discovery obligations pending further discussion between the parties.  The court anticipates that counsel will continue to cooperatively exchange such documents and information as will assist them and the facilitator to discuss and reach agreement on case resolution.  Accordingly,

IT IS ORDERED that the court will hold another off-the-record telephonic status conference on **April 17, 2014 at 10:00 a.m.**  If the parties are unable to resolve their

dispute through informal discussions, they should be prepared to set a discovery schedule at this time.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: March 10, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 10, 2014, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522