UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONITA SIMONE-BOMAR
DIOUM,

    Plaintiff,

v.

MASOUD HANNA SESI, et al.,

    Defendants.
_____/

Case No. 14-cv-10077
Hon. Matthew F. Leitman

## **ORDER ADMINISTRATIVELY CLOSING CASE**

This case involves alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and the Michigan Minimum Wage Law, M.C.L. 408.382 *et seq.* Plaintiff Ronita Simone-Bomar Dioum ("Plaintiff") brings her claims against two Defendants: BFC Management Company ("BFC") and its principal stockholder and President, Masoud Hanna Sesi ("Sesi").

On October 9, 2014, a Chapter 11 petition was filed on behalf of BFC in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court"). (*See* ECF #18.) Pursuant to 11 U.S.C. § 362, that filing automatically stayed the instant action with respect to BFC. (*See* ECF #23.)

Thereafter, on January 13, 2015, a Chapter 11 petition was filed in the Bankruptcy Court on Sesi's behalf. (*See* ECF #27.) Sesi's bankruptcy petition automatically stayed this action with respect to Sesi. *See* 11 U.S.C. § 362.

Because the instant action has now been stayed indefinitely with respect to both defendants, **IT IS ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY CLOSE** this matter without prejudice. This closing is for statistical purposes only and does not constitute a dismissal or a decision on the merits. Any party may reopen the action by providing the Court with notice that the bankruptcy proceedings as to BFC and/or Sesi have terminated and the bankruptcy stay has been lifted.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: January 28, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 28, 2015, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (313) 234-5113